24125

Walter BAILEY, Petitioner v. STATE of South Carolina, Respondent.

(447 S.E. (2d) 847)

Supreme Court

*Robert M. Dudek, Asst. Appellate Defender, South Carolina Office of Appellate Defense,* Columbia, *for petitioner.*

*Attorney General T. Travis Medlock, Chief Deputy Atty. Gen. James Patrick Hudson, Asst. Atty. Gen. Delbert H. Singleton, Jr.,* and *Staff Atty. Patrick D. Hanks,* Columbia, *for respondent.*

Submitted June 10, 1994.

Decided July 18, 1994.

ON WRIT OF CERTIORARI

*Per Curiam:*

We granted certiorari to review the denial of Petitioner's application for postconviction relief. We now dismiss certiorari as improvidently granted.

Dismissed.